1  STEVEN KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  (510) 637-3500

5  Counsel for Defendant HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 16-00160 JSW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | ) ) ) | |
| KEVIN HERRERA, | ) ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date for defendant Kevin Herrera, currently scheduled for September 13, 2106, at 1:00 p.m., be continued to October 18, 2016, at 1:00 p.m. for sentencing. The reason for the request is that Mr. Herrera was just interviewed by United States Probation Officer (USPO) Karen Mar in preparation for sentencing within the last week. The USPO, who is currently on leave until August 22, 2016, would like additional time to conduct her investigation prior to the issuance of the 35 day draft pre-sentence report after having interviewed Mr. Herrera. USPO Mar has requested that the parties obtain a continuance of the sentencing date and is available should the Court continue sentencing to October 18, 2016.

| | | |
|---|---|---|
|1| DATED: 8/09/16 | _____/s/_____ |
|2| | JOYCE LEAVITT |
| | | Assistant Federal Public Defender |
|3| | |
|4| DATED: 8/09/16 | _____/s/_____ |
|5| | ZINZI BONILLA |
| | | Special Assistant United States Attorney |

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date for defendant Kevin Herrera, currently scheduled for September 13, 2106, at 1:00 p.m., is hereby continued to October 18, 2016, at 1:00 p.m. for sentencing.

SO ORDERED.

DATED: August 10, 2016        _____/s/ Jeffrey S. White_____
                              HON. JEFFREY S. WHITE
                              United States District Judge